ANTHONY O'BOYLE v. PHILIP WOODS, Appellant, and A. SIDNEY DAVISON, Respondent.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN KATZMAN v. VANITY FABRICS CORPORATION.— Application denied with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAIKU FRUIT AND PACKING CO., LTD., v. BERNARD KARP.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOLOMON BLOOM v. WROUGHT IRON NOVELTY CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SCHOLZ POWERS COMPANY, INC., v. ADOLPH TREIDLER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IRVING REGEN v. EDWARD MORRIS.— Application denied, with ten dollats costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LESLIE LEVI, Doing Business, etc., v. L. A. THOMPSON SCENIC RAILWAY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY O'BOYLE v. PHILIP WOODS and A. SIDNEY DAVISON.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE SPOTLESS COMPANY v. COMMERCIAL TRUST COMPANY.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH CENTOLA and Others v. ITALIAN DISCOUNT AND TRUST COMPANY.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY FERRIS v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

SPENCER WATERS v. MARGARET A. HALL, Formerly MARGARET A. HUNTINGTON, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

FREDERICK S. DICKINSON and Another v. JOHN SPRINGER and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERNEST M. CHAPIN v. GEORGE E. LEARNARD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ARCHIBALD & LEWIS COMPANY v. GEORGES VEMIAN, Impleaded with SOCIETE ANONYME LEU & COMPAGNIE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES W. HODELL and Others, as Trustees, etc., v. TOWER'S STORES, INCORPORATED.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GERALD M. LIVINGSTON and Another, as Executors, etc., of CRAWFORD LIVINGSTON, Deceased, v. HERBERT V. FALK and Another.— Motion denied,